■ MARY A. MUHITCH, Appellant, v ST. GREGORY THE GREAT ROMAN CATHOLIC CHURCH AND SCHOOL, Respondent. (Appeal No. 2.) [661 NYS2d 577] —Order unanimously affirmed without costs. Same Memorandum as in *Muhitch v St. Gregory the Great R. C. Church & School* (239 AD2d 901 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Glownia, J.—Replead.) Present—Green, J. P., Pine, Lawton, Doerr and Fallon, JJ.